IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASURION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:23-cv-00424 |
| | ) | |
| v. | ) | |
| | ) | District Judge Aleta A. Trauger |
| BRYAN CAVE LEIGHTON PAISNER LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DECLARATION OF W. SCOTT SIMS IN SUPPORT OF DEFENDANT'S PRELIMINARY RESPONSE TO, AND REQUEST FOR A BRIEFING SCHEDULE ON, ASURION'S MOTION FOR TEMORARY RESTRAINING ORDER</u>**

I, W. Scott Sims, declare as follows:

1. I am an attorney duly licensed to practice law before all of the Courts of the State of Tennessee, including this Honorable Court. I am a partner at Sims Funk, PLC, counsel for Defendant Bryan Cave Leighton Paisner, LLP ("BCLP").

2. On April 27, 2023, at approximately 12:00 p.m., my firm was engaged by BCLP after that firm received a threat earlier in the day that Plaintiff Asurion, LLC ("Asurion") might file a lawsuit and a motion for TRO against the firm with this Court.

3. I immediately called Jessalyn Zeigler, counsel for Asurion, and advised her that BCLP had already filed the arbitration demand that Asurion was threatening to enjoin. I also told Ms. Zeigler that BCLP was willing to stay the arbitration to allow Asurion to pursue a preliminary injunction in orderly fashion. Ms. Zeigler did not respond to that proposal. Instead, at approximately 4:30 p.m., Ms. Zeigler's office emailed me copies of the complaint and motion for a TRO that Asurion filed.

1

I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and accurate.

Executed this 28th day of April, 2023 at Nashville, Tennessee.

*/s/ W. Scott Sims*
W. Scott Sims

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and exact copy of the foregoing was served via the Court's CM/ECF system on April 28, 2023, upon the following:

    Overton Thompson (TN Bar No. 011163)
    Jessalyn H. Zeigler (TN Bar No. 016139)
    Courtney A. Hunter (TN Bar No. 038014)
    BASS, BERRY, & SIMS PLC
    150 Third Avenue South Suite 2800
    Nashville, TN 37201
    othompson@bassberry.com
    jzeigler@bassberry.com
    courtney.hunter@bassberry.com

    *Attorneys for Plaintiff*

                                      */s/ W. Scott Sims*