Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **Asurion, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No  3:23-cv-424 |
| | ) | |
| **Bryan Cave Leighton Paisner LLP** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE PLAINTIFF'S VERIFIED COMPLAINT, MOTION FOR A TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT OF THE SAME, AND EXHIBITS UNDER SEAL**

Plaintiff Asurion, LLC ("Asurion"), pursuant to Local Rule 5.03, hereby moves this Court for permission to file its Verified Complaint, Motion for A Temporary Restraining Order & Preliminary Injunction, memorandum in support of the same, and supporting exhibits under seal. In support of this motion, Asurion states as follows:

1. On February 10, 2023, the former owners of a formerly privately-held company (the "Acquired Company") sent a dispute notice to Asurion through their purported attorney, Mr. Timothy Beyer of Defendant Bryan Cave Leighton Paisner LLP ("Bryan Cave").

2. The former owners of the Acquired Company (the "Founders") and Asurion negotiated and agreed to keep their dispute resolution process confidential.

3. Nonetheless, the Founders' dispute notice includes allegations substantially related to prior legal advice provided to Asurion by another Bryan Cave partner.

1