IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASURION, LLC, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00424 ) ) Judge Trauger |
| BRYAN CAVE LEIGHTON PAISNER, LLP, | ) ) ) |
|     Defendants. | ) ) |

## ORDER

It is hereby **ORDERED** that the Clerk shall place under seal Defendant's Preliminary Response to, And Request for a Briefing Schedule on, Asurion's Motion for Temporary Restraining Order (Docket No. 10).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U. S. District Judge