IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASURION, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:23-cv-00424 |
| | ) Judge Trauger |
| BRYAN CAVE LEIGHTON PAISNER, LLP, | ) ) |
| Defendant. | ) |

## ORDER

Given certain representations in the April 28, 2023 filings of the defendant in this case (Doc. Nos. 10-11), the court convened a telephone conference with counsel for the parties on the morning of April 28, 2023. Counsel for the defendant clarified and reiterated to plaintiff's counsel and the court that the defendant will not pursue an arbitration until this court rules upon the plaintiff's request for a preliminary injunction. Based upon that commitment, the following are hereby ORDERED:

1. The parties shall immediately negotiate an agreed protective order for consideration by the court.

2. The plaintiff's request for a temporary restraining order is DENIED, but a hearing on its request for a preliminary injunction is hereby scheduled for Friday, May 12, 2023 at 1:00 p.m. At this time, live testimony is not contemplated, but either party may request the presentation of live testimony in its briefing.

3. The defendant shall file a more fulsome response to the plaintiff's request for a preliminary injunction by May 5, 2023, and the plaintiff may file a reply by May 10, 2023.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge