IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASURION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00424 |
| ) | Judge Trauger |
| BRYAN CAVE LEIGHTON PAISNER, LLP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Live testimony will be allowed at the preliminary injunction hearing scheduled for 1:00 p.m. on May 12, 2023.

It is hereby ORDERED that, by 3:00 p.m. on May 11, 2023, the parties shall file a list of witnesses whom they intend to call to testify at the hearing. By the same deadline, the parties shall file a list of persons whom they intend to have present for the hearing tomorrow. By 5:00 p.m. on May 11, 2023, the parties shall file any objections to the presence of any person listed as intending to be present for the hearing.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge