UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ASURION, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:23-cv-00424** |
| | ) | **Judge Aleta A. Trauger** |
| **BRYAN CAVE LEIGHTON PAISNER LLP,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PRELIMINARY INJUNCTION & ORDER

For the reasons explained in the accompanying Memorandum, Asurion, LLC's Motion for Preliminary Injunction (Doc. No. 8) is hereby **GRANTED**. It is hereby **ORDERED** that:

1. Bryan Cave Leighton Paisner LLP ("BCLP") is enjoined from pursuing an arbitration or otherwise working for or advocating on behalf of the Founders in relation to the dispute described in Exhibit A of Asurion's Verified Complaint;

2. BCLP is enjoined from further imparting any of Asurion's confidential and/or privileged information to the Founders until this Court has the opportunity to rule on the underlying declaratory judgment action; and

3. BCLP must claw back and destroy any and all of Asurion's confidential and privileged communications or documents that have already been shared with the Founders.

Asurion is hereby **ORDERED** to pay security in the amount of $100,000.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge