# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **Asurion, LLC** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-00424 |
| | ) | |
| **Bryan Cave Leighton Paisner LLP** | ) | Judge Aleta A. Trauger |
| **And Min Cho** | ) | |
| | ) | |
| | ) | |
|     **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their counsel, state that this matter has been resolved and all claims asserted by Plaintiff in this matter are dismissed with prejudice. Each party shall bear its own attorneys' fees and discretionary costs, except as otherwise agreed between the parties.

 

Respectfully submitted:

*/s/ Jessalyn H. Zeigler*
Overton Thompson (TN Bar No. 011163)
Jessalyn H. Zeigler (TN Bar No. 016139)
Courtney A. Hunter (TN Bar No. 038014)
**BASS, BERRY, & SIMS PLC**
150 Third Avenue South Suite 2800
Nashville, TN 37201
(615) 742-6289
OThompson@bassberry.com
JZeigler@bassberry.com
Courtney.hunter@bassberry.com

*Attorneys for Plaintiff*

<u>*W. Scott Sims w/permission by JHZ*</u>
W. Scott Sims
Erik C. Lybeck
Michael R. O'Neill
Sims Funk
3322 West End Ave., Suite 200
Nashville, TN 37203
(615) 292-9335
ssims@simsfunk.com
elybeck@simsfunk.com
moneill@simsfunk.com

*Attorneys for Defendant Bryan Cave Leighton Paisner LLP*


<u>*Min Cho w/permission by JHZ*</u>
Min Cho
4013 Timber Ln.
Orlando, FL 32804-2236

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023 a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and/or U.S. Mail upon the following:

W. Scott Sims
Erik C. Lybeck
Michael R. O'Neill
Sims Funk
3322 West End Ave., Suite 200
Nashville, TN 37203
(615) 292-9335
ssims@simsfunk.com
elybeck@simsfunk.com
moneill@simsfunk.com

Min Cho
4013 Timber Ln.
Orlando, FL 32804-2236

                                            /s/ Jessalyn H. Zeigler