UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Asurion, LLC** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 3:23-cv-00424 |
| | ) |
| **Bryan Cave Leighton Paisner LLP** | )    Judge Aleta A. Trauger |
| **And Min Cho** | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |

### PLAINTIFF'S MOTION FOR RETURN OF BOND AMOUNT

On August 8, 2023, the Court terminated the civil case after the parties submitted a stipulation of dismissal (Dkt. No. 40). Accordingly, Plaintiff Asurion, LLC, by and through undersigned counsel, hereby moves this Court for the entry of an order directing the return of the bond filed at the outset of this case to Plaintiff, along with any interest earned on those monies while held by the Clerk's Office, with a check made payable to Bass, Berry & Sims, PLC, 150 Third Avenue South, Suite 2800, Nashville, TN 37201, listing the case number in the reference line.

DATED: August 8, 2023

Respectfully submitted,

*/s/ Jessalyn H. Zeigler*
Overton Thompson (TN Bar No. 011163)
Jessalyn H. Zeigler (TN Bar No. 016139)
Courtney A. Hunter (TN Bar No. 038014)
**BASS, BERRY, & SIMS PLC**
150 Third Avenue South Suite 2800
Nashville, TN 37201
(615) 742-6289
OThompson@bassberry.com
JZeigler@bassberry.com
Courtney.hunter@bassberry.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023 a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and/or U.S. Mail upon the following:

W. Scott Sims
Erik C. Lybeck
Michael R. O'Neill
Sims Funk
3322 West End Ave., Suite 200
Nashville, TN 37203
(615) 292-9335
ssims@simsfunk.com
elybeck@simsfunk.com
moneill@simsfunk.com

Min Cho
4013 Timber Ln.
Orlando, FL 32804-2236

                                                           */s/ Jessalyn H. Zeigler*