*Motion GRANTED.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Asurion, LLC** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:23-cv-00424 |
| **Bryan Cave Leighton Paisner LLP And Min Cho** | ) Judge Aleta A. Trauger |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR RETURN OF BOND AMOUNT**

On August 8, 2023, the Court terminated the civil case after the parties submitted a stipulation of dismissal (Dkt. No. 40). Accordingly, Plaintiff Asurion, LLC, by and through undersigned counsel, hereby moves this Court for the entry of an order directing the return of the bond filed at the outset of this case to Plaintiff, along with any interest earned on those monies while held by the Clerk's Office, with a check made payable to Bass, Berry & Sims, PLC, 150 Third Avenue South, Suite 2800, Nashville, TN 37201, listing the case number in the reference line.

DATED: August 8, 2023

Respectfully submitted,

/s/ Jessalyn H. Zeigler
 Overton Thompson (TN Bar No. 011163)
 Jessalyn H. Zeigler (TN Bar No. 016139)
 Courtney A. Hunter (TN Bar No. 038014)
 **BASS, BERRY, & SIMS PLC**
 150 Third Avenue South Suite 2800
 Nashville, TN 37201
 (615) 742-6289
 OThompson@bassberry.com
 JZeigler@bassberry.com
 Courtney.hunter@bassberry.com

*Attorneys for Plaintiff*